**RECEIVED**
CHARLOTTE, NC

OCT 3 0 2017

Clerk, US District Court
Western District of NC

# UNITED STATES DISTRICT COURT

for the

District of

Division

Darlene Murray
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Meineke Corporate Office Headquarters
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:17cv640
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Darlene Murray |
| Street Address | 333 North Lackey Street |
| City and County | Statesville, Iredell |
| State and Zip Code | North Carolina, 28677 |
| Telephone Number | 770-374-4016 |
| E-mail Address | darlene_murray2002@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name _Meineke Corporate Office Headquarters_ (*Headquarters* error)

Job or Title *(if known)* _Customer service (Ashley) manager (shamenka?)_

Street Address _128 S. Tryon street, Ste.900_

City and County _Charlotte, Mecklenburg_

State and Zip Code _North Carolina, 28202_

Telephone Number _1-704-377-8855 and 1-800-447-3070_

E-mail Address *(if known)* _704-644-8150_

Defendant No. 2

Name _Meineke Car Care Center #292_

Job or Title *(if known)* _Antony fields (Owner) Alan (manager)_

Street Address _4000 Atlanta R.D SE_

City and County _Smyrna Cobb_

State and Zip Code _G.A 30080_

Telephone Number _678-309-9755_

E-mail Address *(if known)*

Defendant No. 3

Name _Meineke Car Care Center #2267_

Job or Title *(if known)* _(manager) Went to another Location to work_

Street Address _5021 Beatties Ford R.D_

City and County _Charlotte, Mecklenburg_

State and Zip Code _North Carolina, 28216_

Telephone Number _704-399-0570_

E-mail Address *(if known)*

Defendant No. 4

Name _Meineke of Statesville LLC #2023_

Job or Title *(if known)* _Bobby (owner) Courtney Paretti (Asst service manager)_

Street Address _1032 Glenway Drive_

City and County _Statesville, Iredell_

State and Zip Code _North Carolina, 28625_

Telephone Number _704-872-7717_

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__Under 28 U.S.C. + 1331__

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* Meineke Corporate Office HeadQuarters is incorporated under

the laws of the State of *(name)* MeinekeCorporate Office Headquarters, and has its

principal place of business in the State of *(name)* Meineke CarCare Center

Or is incorporated under the laws of *(foreign nation)* (293)(2267)(2023)(Location numbers)

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,139.04 for car repairs

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I called Meineke Car Care in Austell, G.A, to get my car checked. I told them emissions failed due to needing a part or repaired. They told me, the price would be $879.00 dollars. So, I saved that amount of money and went to Meineke on Oct, 31, 2016. They repaired my vehicle and gave me a different price which was $1259.00. I then reported the manager to Meineke Corporate Office. So the manager took some money off and not amount he Already overcharged me. I was upset still but I had to pay the price he gave me so I can get my car.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm Asking the court to order the Amount of $1,139.04 to me, because I have went to these Meineke Car Care Centers, And did not honor their warranty, and refused to repair my car, Avoid every option in not wanting to give me a refund. I want to be payd an amount of 30,000 dollars, because my car is making loud noises now, And it could be the defected part Meineke put on my vehicle. And it could be the defected part Meineke put on my vehicle, And other damages included in the Amount is suffering for months from mental stress and emotional distress. turn to next page

I then left the store and moved to Charlotte,
North Carolina. I drove my car for two or three
days and the engine light came back on. I went
to Another Meineke Car Care Center in Charlotte, NC.
and gave my receipt to the manager, and the mechanics
was trying to locate other problems on my car in which
there were not true. They did not put the diagnosis
codes of the problems that was already showing up, that
causes the engine light to come on. I contact Meineke
Corporate Office and told them my engine light came
back on after they repaired it. Ashley told me they
cannot do nothing for me and refused to give me my
money back. She did not bother sending me to Another
Meineke Car Care in Charlotte, NC. So, they can
recheck the part that was put on my car from the
mechanic. I got really Angry at that point, so I called
back to see if I can speak with another person. This
person name is Shamenka, And she did the same thing,
refusing to help me. I was constantly calling for someone
to help me at the Corporate Office, and when I filed
complaints Against Meineke Car Care Centers, they
kept Avoiding All of the complaints. I told them I
will contact the Attorney General, Legal Aid, and
BBB Better Business Bureau, and I filed serious
complaints Against Meineke. But, they never respond
to my complaints. Legal Aid stated they do not
handle complaints About car issues with companies,
Therefore, I have been ripped off by Meineke
Car Care Centers, and I deserve my money back,
especially bad service rendered. Not to mentioned
the staff at the store was very rude, and Corporate
did not care what happen to my car. They literally
took my money and refuse to correct the car issues

# Complaints Against Meineke
## Car Care Centers
6/23/2017
3:24pm

The manager At Meineke Car Care Center in Austell, G.A was Always telling me, to go to the other Locations, if I was having problems with my car. As of this Day, Oct, 2017 my car has not been fixed nor I have not gotten my money back. So, I moved to Statesville, N.C., and needed a oil change, coolant flush done At Accel Discount Tire. This company does have certified mechanics with licenses. I asked Josh to check the part which is the defected Catalytic converter. He found the code and said it's something wrong with the part, because the code showed up. I hestitated for a month to go back to Meineke Car Care Center, because how bad they treated me and refusing to fix my car was very frustrating and very stressful. But, I took another chance on going to the location in Statesville. I called the manager and told them the problem with my car. They ran a diagnosis on the part And found that the code was the same as the other code, the other mechanic found At Accel Discount Tire. The manager then called the Meineke in Austell, G.A, because they needed to know if the warranty will cover the part. So, they told the manager to ship the defect part back to G.A, so they can check it. The owner got involved in the situation, and He told me that he is waiting for the manager to get back with him, they said they will call me and let me Know what was said About the part. So, Later on I called and spoke with the assistant manager, and she told me I had to pay for Labor if they take the part off. But, if the part is defected I may not have to pay nothing. I feel that I should not have to pay Labor costs, especially if I Already paid a lot of money in the first place.

Case 3:17-cv-00640-GCM   Document 1   Filed 10/30/17   Page 6 of 9

# Complaints Against Meineke
## Car Care Centers

The Assistant manager Also told me that I would have to pay $1,132.88 for putting Another catalytic converter. So, I could not do that, I do not have more money to spend on my car, And I got very upset again. I found out that the mechanic from Austell, G.A put a complete catalytic converter that have Bank1-Bank2 connected to it. So, therefore the diagnosis shows that it was bank-2, I waited to see what I can do About this horrible situation. So, on September 26, 2017 Around 2:15pm. I called Meineke Car Center in Statesville. And Bobby the owner pretend to want to help me. So, he said he will call Meineke in Austell, G.A to speak with the manager, And he will call me back. He did not call me, I had to call him. He begin Asking me if I had Another engine put in my car, cause that can cause problems with or for the part. Then I contact a certified mechanics names Trey And Wilki. Trey said he changes engines All the time, and it should not Affect calalytic Converters. He stated that the part itself is defect. If the engine light came on too quick, it is the defect part. Bobby refused to service my vehicle, and not wanting to take the part off And putting it back on. He begin to get very rude and yelling, saying I want them to do the job for free. He kept insisting that I would have to pay Labor fees. He said if he keep my car, some one can break into and steal my battery. Then he said it will take up to 3 hrs or more, for his workers to find the problem. I Already know what the problem is, it's the defected part and they know that it's the calalytic converter Bank-2, He then told me to take my car back to Austell, G.A to have them fix the problem.

# Complaints Against Meineke
## Car Care Centers

Names of mechanics And contact info

Trey + Wiki              704-873-7874


Businesses names and contact info

A CCEL Discount Tire
   Josh                  704-838-0124

Meineke of Statesville LLC

Bobby (owner)           980-635=1935

I had to put A lot of my time to have my car rechecked by mechanics At Meineke, And this made me so upsetting And emotional. I was not able to do my studies online due to the stress they put on me. And I still have not got my car fix. Now it is Almost time for me to get my car register in North Carolina. How can I get my Registration done when engine Light is still on, I have to get Another emission done, and it will fail for sure.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/23/2017

Signature of Plaintiff _Darlene Murray_

Printed Name of Plaintiff Darlene Murray

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____