# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Darlene Murray, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00640-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Meineke Corporate Office Headquarters | ) | |
| Meineke Car Care Center #2267 | | |
| Meineke Car Care Center #292 | | |
| Meineke Car Care Center #2023, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 11, 2017 Order.

December 11, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court